United States Department of Justice
Office of the United States Trustee
1100 Commerce St.  Room 976
Dallas, Texas 75242
(214) 767-1080

Lisa L. Lambert,
for the United States Trustee
Lisa.L.Lambert@usdoj.gov

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION**

| | | |
|---|---|---|
| **In re:** § | | |
| § | **Case No. 24-80040-SGJ-11** | |
| **Eiger BioPharmaceuticals, Inc.,** *et al.,* § | | |
| § | | |
| § | **CHAPTER 11** | |
| § | **Hearings 04/23/24 at 9:30 am** | |
| § | | |
| **Debtors-in-Possession.** § | **Jointly Administered** | |

**United States Trustee's Comment to Motion to Use Cash Collateral and
Motion to Sell Zovinky Assets**
(Docket Nos. 13, 16)

TO THE HONORABLE STACEY G. JERNIGAN,
CHIEF JUDGE, U.S. BANKRUPTCY COURT:

Kevin M. Epstein, the United States Trustee for Region 6 ("United States Trustee"), comments as follows on the Motion to Use Cash Collateral (docket entry 13) and the Motion to Sell Zovniky Assets (docket entry 16):

1.    The United States Trustee does not oppose cash collateral relief or the sale of the Zovniky Assets but comments solely on any venue language in the proposed orders.

2.      Based on the four-corners of the petition in this bankruptcy case and on filed declarations, the United States Trustee filed an emergency motion to dismiss or transfer, contending that venue is improper in these cases.

3.      By email, the Court informed the parties that the venue issues could not be considered before the hearings set for April 23 and that the venue motion would be set for hearing on May 7, 2024.

4.      Because the United States Trustee has challenged venue and because that venue hearing is set for May 7, 2024, the United States Trustee requests that the Court exclude any findings regarding venue in any further cash collateral order or any sale order and that the Court specify that these issues are reserved for the May 7, 2024, hearing.

## Conclusion

The United States Trustee respectfully requests that the Court tailor any final cash collateral or Zovniky final order by specifying that venue will be tried, in all respects, on May 7, 2024. The United States Trustee further respectfully requests that the Court grant any other relief to which he might be entitled.

DATED: April 11, 2024           Respectfully submitted,

KEVIN M. EPSTEIN
UNITED STATES TRUSTEE

*/s/ Lisa L. Lambert*
Lisa L. Lambert
Asst. U.S. Trustee
Texas State Bar No. 11844250 (Also by New York)
Office of the United States Trustee
1100 Commerce Street, Room 976
Dallas, Texas 75242
(214) 767-1080
Lisa.L.Lambert@usdoj.gov

## Certificate of Service

I certify that on April 22, 2024, I sent this comment by notice through ECF.

*/s/ Lisa.L. Lambert*
Lisa L. Lambert