SIDLEY AUSTIN LLP
Thomas R. Califano (TX Bar No. 24122825)
William E. Curtin (admitted *pro hac vice*)
Anne G. Wallice (admitted *pro hac vice*)
787 Seventh Avenue
New York, NY 10019
Telephone:   (212) 839-5300
Facsimile:   (212) 839-5599
Email:       tom.califano@sidley.com
             wcurtin@sidley.com
             anne.wallice@sidley.com

SIDLEY AUSTIN LLP
Charles M. Persons (TX Bar No. 24060413)
2021 McKinney Avenue, Suite 2000
Dallas, Texas 75201
Telephone:   (214) 981-3300
Facsimile:   (214) 981-3400
Email:       cpersons@sidley.com

*Attorneys for the Debtors
and Debtors in Possession*

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION**

| | |
|---|---|
| In re:<br><br>EIGER BIOPHARMACEUTICALS, INC., *et al.*[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 24-80040 (SGJ)<br><br>(Jointly Administered) |

**NOTICE OF FILING PLAN SUPPLEMENT**

  **PLEASE TAKE NOTICE THAT** on July 30, 2024, the United States Bankruptcy Court for the Northern District of Texas (the "Court") entered an order [Docket No. 473] (the "Disclosure Statement Order"): (a) scheduling a hearing at which the Court will consider the adequacy of the Disclosure Statement (as defined below) on a final basis and confirmation of the Plan (as defined below) (the "Combined Hearing"); (b) conditionally approving the adequacy of the *Amended Disclosure Statement for Joint Plan of Liquidation of Eiger BioPharmaceuticals, Inc. and its Debtor Affiliates Pursuant to Chapter 11 of the Bankruptcy Code* [Docket No. 476-1] (as may be amended, supplemented, or modified from time to time, and including all exhibits thereto, the "Disclosure Statement"); (c) approving the solicitation procedures (the "Solicitation Procedures") with respect to confirmation of the *Second Amended Joint Plan of Liquidation of Eiger BioPharmaceuticals, Inc. and its Debtor Affiliates Pursuant to Chapter 11 of the Bankruptcy Code*

---

[1] The Debtors in these chapter 11 cases, together with the last four digits of each Debtor's federal tax identification number, are: Eiger BioPharmaceuticals, Inc. (1591); EBPI Merger Inc. (9986); EB Pharma LLC (8352); Eiger BioPharmaceuticals Europe Limited (N/A); and EigerBio Europe Limited (N/A). The Debtors' service address is 2100 Ross Avenue, Dallas, Texas 75201.

[Docket No. 517-1] (as may be amended, supplemented, or modified from time to time, the "Plan");[2] (d) scheduling certain dates with respect thereto; (e) approving the forms of notices and ballots in connection therewith; and (f) granting related relief.

**PLEASE TAKE FURTHER NOTICE THAT** as contemplated by the Plan and the Disclosure Statement Order, the Debtors hereby file this Plan Supplement with the Court comprised of the following:

| Exhibit | Plan Supplement Document |
|---|---|
| A | Liquidation Analysis |
| B | Schedule of Assumed Executory Contracts and Unexpired Leases |
| C | Schedule of Retained Causes of Action |
| D | Amended Certificate of Incorporation of Eiger BioPharmaceuticals, Inc. |
| E | Liquidating Trust Agreement |
| F | Plan Administrator Agreement |
| G | Identity of Any Insider to Be Employed by the Plan Administrator |

**PLEASE TAKE FURTHER NOTICE THAT** certain documents, or portions thereof, contained in this Plan Supplement remain subject to ongoing review, revision, and further negotiation among the Debtors and interested parties with respect thereto. The Debtors reserve the right to alter, amend, modify, or supplement any document in this Plan Supplement in accordance with the Plan, at any time before the Effective Date of the Plan or any such other date as may be provided for by the Plan or by order of the Court; *provided* that if any document in this Plan Supplement is altered, amended, modified, or supplemented in any material respect prior to the date of the Combined Hearing, the Debtors will promptly file a redline of such document with the Court.

**PLEASE TAKE FURTHER NOTICE THAT** the Combined Hearing will commence on **September 5, 2024 at 9:30 a.m.** prevailing Central Time, before the Honorable Judge Jernigan, in Courtroom 1 of the United States Bankruptcy Court for the Northern District of Texas, 1100 Commerce Street, Dallas, Texas 75242.

**PLEASE TAKE FURTHER NOTICE THAT** that you may participate at the Combined Hearing either in person or by an audio or video connection. Audio communication will be by use of the Court's dial-in facility. You may access the facility at **(650) 479-3207**. The access code is **2304 154 2638**. Video communication will be by use of the Cisco WebEx platform. Connect via the Cisco WebEx application or click the link on Judge Jernigan's home page, https://us-courts.webex.com/meet/jerniga. The meeting code is **2304 154 2638**. Click the settings icon in the upper right corner and enter your name under the personal information setting. Please be advised that the Combined Hearing may be continued from time to time by the Court or the Debtors without further notice other than by such adjournment being announced in open court or by a notice of adjournment filed with the Court and served on other parties entitled to notice.

---

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to such terms in the Disclosure Statement or Plan, as applicable.

**PLEASE TAKE FURTHER NOTICE THAT** the deadline for filing objections to the confirmation of the Plan or adequacy of the Disclosure Statement is **August 30, 2024 at 4:00 p.m.** prevailing Central Time (the "Plan Objection Deadline"). Any objection to the confirmation of the Plan or adequacy of the Disclosure Statement must: (a) be in writing; (b) conform to the Bankruptcy Code, the Bankruptcy Rules, the Bankruptcy Local Rules for the Northern District of Texas, and any orders of the court; (c) state, with particularity, the name and address of the objecting party and the amount and nature of the Claim or Interest beneficially owned by such entity; (d) state, with particularity, the legal and factual basis for such objections and, if practicable, a proposed modification to the Plan or Disclosure Statement that would resolve such objections; and (e) be filed with the Court with proof of service thereof and served upon the Debtors, the Statutory Committees, and the U.S. Trustee so as to be actually received on or before the Plan Objection Deadline.

**PLEASE TAKE FURTHER NOTICE THAT** if you would like to obtain a copy of the Disclosure Statement Order, the Plan and Disclosure Statement, the Solicitation Procedures, or related documents, such materials are available free of charge by: (a) accessing the Debtors' restructuring website at https://www.veritaglobal.net/Eiger; (b) writing to Eiger Ballot Processing Center, c/o Kurtzman Carson Consultants, LLC, dba Verita, 222 N. Pacific Coast Highway, Suite 300, El Segundo, California 90245; (c) calling (888) 733-1544 (U.S. and Canada toll free) or (310) 751-2638 (international); or (d) submitting an inquiry via online form at https://www.veritaglobal.net/Eiger/inquiry. You may also obtain copies of any pleadings filed in these chapter 11 cases for a fee via PACER at https://ecf.txnb.uscourts.gov/.

> **ARTICLE IX** OF THE PLAN CONTAINS RELEASE, EXCULPATION, AND INJUNCTION PROVISIONS, AND **ARTICLE IX.B CONTAINS A THIRD-PARTY RELEASE**. THUS, YOU ARE ADVISED TO REVIEW AND CONSIDER THE PLAN CAREFULLY BECAUSE YOUR RIGHTS MIGHT BE AFFECTED THEREUNDER.
>
> **THIS NOTICE IS BEING SENT TO YOU FOR INFORMATIONAL PURPOSES ONLY. IF YOU HAVE QUESTIONS WITH RESPECT TO YOUR RIGHTS UNDER THE PLAN OR ABOUT ANYTHING STATED HEREIN OR IF YOU WOULD LIKE TO OBTAIN ADDITIONAL INFORMATION, CONTACT THE NOTICE AND CLAIMS AGENT.**

Dated: August 16, 2024
Dallas, Texas

**SIDLEY AUSTIN LLP**

/s/ *Thomas R. Califano*
Thomas R. Califano (TX Bar No. 24122825)
William E. Curtin (admitted *pro hac vice*)
Anne G. Wallice (admitted *pro hac vice*)
787 Seventh Avenue
New York, NY 10019
Telephone: (212) 839-5300
Facsimile: (212) 839-5599
Email: tom.califano@sidley.com
wcurtin@sidley.com
anne.wallice@sidley.com

*and*

Charles M. Persons (TX Bar No. 24060413)
2021 McKinney Avenue, Suite 2000
Dallas, Texas 75201
Telephone: (214) 981-3300
Facsimile: (214) 981-3400
Email: cpersons@sidley.com

*Attorneys for the Debtors and Debtors in Possession*

## Certificate of Service

      I certify that on August 16, 2024, I caused a copy of the foregoing document to be served by the Electronic Case Filing System for the United States Bankruptcy Court for the Northern District of Texas.

      */s/ Thomas R. Califano*
      Thomas R. Califano